**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Gila Nabi v. Jamshid Parsaie

Appellate case number:      01-19-00074-CV

Trial court case number:      2005-58480

Trial court:      246th District Court of Harris County

       On March 22, 2019, appellant filed a motion asking this Court to calculate unpaid child support and use the money as payoff of the total due on a home mortgage. We deny the motion. Appellant may raise any merits-based argument in her brief.

       It is so ORDERED.

Judge's signature:   /s/ Sherry Radack

                ☒ Acting individually     ☐ Acting for the Court

Date:    April 30, 2019